JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dominic Corrado

### DEFENDANTS
Duru Gabedava and Irine Mumladze

**(b)** County of Residence of First Listed Plaintiff: **Camden**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Montgomery**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Kevin Riechelson, Esquire - Cohen & Riechelson
3500 Quakerbridge Road, Suite 203
Hamilton, NJ 08619

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC Section 1332

Brief description of cause:
Fall on ice of rental property

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 750000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: Dec 22, 2025

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

---

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**

Place of Accident, Incident, or Transaction: _321 King Arthur Rd. Blakeslee, PA_

---

**RELATED CASE IF ANY:** Case Number: _____ Judge: _____

1. Does this case involve property included in an earlier numbered suit? — Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? — Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? — Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? — Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. — Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ is / ☒ is not related to any pending or previously terminated action in this court.

---

**Civil Litigation Categories**

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Wage and Hour Class Action/Collective Action
6. Patent
7. Copyright/Trademark
8. Employment
9. Labor-Management Relations
10. Civil Rights
11. Habeas Corpus
12. Securities Cases
13. Social Security Review Cases
14. Qui Tam Cases
15. Cases Seeking Systemic Relief *see certification below*
16. All Other Federal Question Cases. *(Please specify)*: _____

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. Motor Vehicle Personal Injury
6. ☒ Other Personal Injury *(Please specify)*: _Fall_
7. Products Liability
8. All Other Diversity Cases: *(Please specify)* _____

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ does / ☒ does not have implications beyond the parties before the court and ☐ does / ☒ does not seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

---

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☒ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☐ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF EASTERN PENNSYLVANIA

COHEN & RIECHELSON
BY: KEVIN S. RIECHELSON
ID#: 58960
3500 Quakerbridge Road
Suite 203
Hamilton, NJ 08619
609-394-8585 (P)
609-394-8620 (F)
kriechelson@crlawoffices.com

| | |
|---|---|
| DOMINIC CORRADO<br><br>Plaintiff,<br><br>vs.<br><br>DURU GABEDAVA AND IRINE MUMLADZE<br><br>Defendant, | CASE NUMBER:<br><br><br>DEMAND FOR A JURY TRIAL |

## PARTIES

1. Plaintiff, Dominic Corrado, is an adult individual who resides at 408 Fireside Lane, in the Township of Cherry Hill, in the County of Camden, and in the state of New Jersey.

2. Defendants Duru Gabedava and Irine Mumladze, are adult individuals, who at all times material hereto lived at 2365 Murray Avenue, in the township of Huntingdon Valley, in the County of Montgomery, in the Commonwealth of Pennsylvania.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 USCS § 1332, as the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states.

4. This Court has personal jurisdiction over the defendants because they are residents of Montgomery County, Pennsylvania.

5. Venue is proper in this Court pursuant to 28 USCS § 1391, as the defendants reside in Montgomery County, Pennsylvania, which is within the Eastern District of Pennsylvania.

## STATEMENT OF FACTS

6. On February 21, 2025, Plaintiff and his sister rented a house in the Poconos, Pennsylvania, located at 321 King Arthur Road, Blakeslee Township, Pennsylvania 18610, that was owned by the defendants.

7. On the day plaintiff arrived at the house, the driveway was covered in ice, with no safe path for Plaintiff to walk into the house.

8. As Plaintiff was navigating the driveway, he slipped and fell on the ice.

9. Plaintiff suffered a fractured ankle as a result of the fall.

10. Plaintiff required surgery, specifically an open reduction with internal fixation and has had to undergo physical therapy for his injury.

11. Plaintiff has incurred significant medical expenses and has experienced pain and suffering as a result of the injury.

12. Defendants, as the owners of the property, owed a duty of care to maintain the driveway in a reasonably safe condition.

13. As the property in question was a rental property, plaintiff was a business invitee while on the premises, and was owed the highest duty under the law.

14. Defendants breached this duty by failing to remove or treat the ice on the driveway, creating a hazardous condition.

15. Defendants' breach of duty was the direct and proximate cause of Plaintiff's injuries and damages.

## COUNT 1 – NEGLIGENCE

16. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 15 as if fully set forth at length herein.

17. Defendants owed a duty of care to Plaintiff to maintain the driveway in a reasonably safe condition.

18. The aforesaid fall was caused by Defendants' negligence in that they:

    a) Failed to properly maintain the premises so that the driveway would be cleared from defects and/or slippery ice which caused an unreasonably unsafe condition for individuals such as Plaintiff;

    b) Failing to take action to repair the defect on the driveway after it had been present for a period long enough for it to pose a danger to others, including Plaintiff;

    c) Failing to warn Plaintiff of a hazardous condition when Defendant had a duty to do so;

    d) Rented the property to plaintiff and his sister in a dangerous and defective condition;

    e) Failed to inspect the premises before the rental term started to make sure that it was safe and free of hazards;

    f) Failed to perform any ice or snow removal or to salt the driveway prior to the beginning of the rental;

    g) Failed to provide the plaintiff with a safe path of ingress and egress from the rental property;

    h) Failed to hire a person or company to inspect, plow, salt and maintain the property in the winter months despite knowing that there was a high likelihood that there would be icy or snowy conditions and/or precipitation that would freeze and cause a dangerous condition on the property;

    i) Failed to monitor the weather in the Pocono Mountains for snow, ice and/or precipitation events that could cause or create an icy dangerous condition;

j) Such other acts of negligence, unknown to Plaintiff, as may be learned during the course of discovery.

19. Defendants' breach of duty caused Plaintiff to slip and fall, resulting in a fractured ankle that required surgery and extensive physical therapy..

20. As a direct and proximate result of Defendants' negligence, Plaintiff has suffered damages, including medical expenses, pain and suffering, and other related costs.

**WHEREFORE**, Plaintiff, Dominic Corrado demands judgment against the Defendants, Defendants Duru Gabedava and Irine Mumladze, jointly and severally and in the alternative, for compensatory and treble damages together with interest and costs of suit in excess of $75,000.

COHEN & RIECHELSON

*Kevin Riechelson*

BY: KEVIN S. RIECHELSON
3500 Quakerbridge Road
Suite 203
Hamilton. NJ 08619
609-394-8585 (P)
609-394-8620 (F)
kriechelson@crlawoffices.com